UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Rogelio Trejo

Defendant(s)

CRIMINAL NO. 08mj1569

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maribel Perez-Perez

DATED: 5.29.08

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** Andrew Rempl
**DUSM**

OR

W. SAMUEL HAMRICK, JR. Clerk

by RhaRhone

Deputy Clerk

**R. Rhone**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082