UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff

vs.

Rogelio Trejo

Defendant(s)

CRIMINAL NO. 08mj1564

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, **JAN M. ADLER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Nabor Chavez-Murguia

DATED: 5/30/2008

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

2008 MAY 30 PM 1:17

**RECEIVED** ____________ **DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** [signature]

**Deputy Clerk**

**K. HAMMERLY**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082